KNOXVILLE BRICK CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 8844.    Promulgated June 6, 1928.

*Jasper H. Armstrong, Esq.*, for the petitioner.
*Leroy L. Hight, Esq.*, for the respondent.

OPINION.

TRAMMELL: The only issue involved in this proceeding is the rate at which depreciation should be computed on the petitioner's assets as carried in the " Construction Account " and considered as a group.

We think, from a consideration of all the evidence, that 10 per cent is a fair and reasonable rate of depreciation on the assets of the petitioner, considered as a group.

*Judgment will be entered under Rule 50.*